| | |
|---|---|
| 1 | Amanda C. Sommerfeld (SBN 185052) |
|   | JONES DAY |
| 2 | 555 South Flower Street, Fiftieth Floor |
|   | Los Angeles, California  90071 |
| 3 | Telephone: +1.213.489.3939 |
|   | Facsimile: +1.213.243.2539 |
| 4 | Email: asommerfeld@jonesday.com |

Aaron S. Markel
JONES DAY
150 West Jefferson Avenue, Suite 2100
Detroit, Michigan  48226
Office: +1.313.230.7929
Email: amakel@jonesday.com

Chelsea A. Till
JONES DAY
2727 N. Harwood St.
Dallas, Texas  75201
Office: +1.214.969.4824
Email: ctill@jonesday.com

*Attorneys for Defendant*
*Alaska Airlines, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN VIGIL, an individual, on behalf of himself and on behalf of all persons similarly situated, | CASE NO. 3:23-cv-5701 |
| Plaintiff, | **DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |
| v. | |
| ALASKA AIRLINES, INC., a Corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

**F.R.C.P. 7.1 Disclosure Statement**

Pursuant to Federal Rule of Civil Procedure 7.1, Alaska Airlines, Inc. states that its parent corporation is Alaska Air Group, a publicly traded company listed on the NYSE. No other publicly-held corporation owns 10% or more of Alaska Airlines, Inc.'s stock.

Dated: November 6, 2023

Respectfully submitted,

By: /s/*Amanda Sommerfeld*
    Amanda C. Sommerfeld
    JONES DAY
    555 South Flower Street, Fiftieth Floor
    Los Angeles, California 90071
    Telephone: +1.213.489.3939
    Facsimile: +1.213.243.2539
    Email: asommerfeld@jonesday.com

    Aaron S. Markel*
    JONES DAY
    150 West Jefferson Avenue, Suite 2100
    Detroit, Michigan 48226
    Office: +1.313.230.7929
    Email: amakel@jonesday.com

    Chelsea A. Till*
    JONES DAY
    2727 N. Harwood St.
    Dallas, Texas 75201
    Office: +1.214.969.4824
    Email: ctill@jonesday.com

    *Attorneys for Defendant*
    *Alaska Airlines, Inc.*

    * *Application for admission pro hac vice forthcoming*

# CERTIFICATE OF SERVICE

I hereby certify that on the date below written, I electronically filed the foregoing with the Clerk of the Court via CM/ECF and caused to be served a true and correct copy of same by the method indicated below and addressed as follows:

| | |
|---|---|
| Norman B. Blumenthal (CBN 068687)<br>Kyle R. Nordrehaug (CBN 205975)<br>Aparajit Bhowmik (CBN 248066)<br>Nicholas J. De Blouw (CBN 280922)<br>Christine T. LeVu (CBN 288271)<br>**Blumenthal Nordrehaug Bhowmik De Blouw LLP**<br>2255 Calle Clara<br>La Jolla, CA 92037<br>Telephone: (858) 551-1223<br>Facsimile: (858) 551-1232<br><br>*Attorneys for Plaintiff* | Via United States Mail with a courtesy copy via email. |

Signed on November 6, 2023.

By: *Amanda Sommerfeld*