Amanda C. Sommerfeld (SBN 185052)
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, California  90071
Telephone:  +1.213.489.3939
Facsimile:  +1.213.243.2539
Email:  asommerfeld@jonesday.com

Aaron S. Markel
JONES DAY
150 West Jefferson Avenue, Suite 2100
Detroit, Michigan  48226
Office: +1.313.230.7929
Email: amakel@jonesday.com

Chelsea A. Till
JONES DAY
2727 N. Harwood St.
Dallas, Texas  75201
Office: +1.214.969.4824
Email: ctill@jonesday.com

*Attorneys for Defendant
Alaska Airlines, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN VIGIL, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALASKA AIRLINES, INC., a Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | **CASE NO. 3:23-cv-5701**<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [LOCAL RULE 3-15]** |

1

**<u>Certification of Interested Entities or Persons</u>**

2

      Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

3

associations of persons, firms, partnerships, corporations (including, but not limited to,  parent

4

corporations), or other entities (i) have a financial interest in the subject matter in controversy or

5

in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party

6

that could be substantially affected by the outcome of this proceeding: Alaska Air Group is

7

Alaska Airlines, Inc.'s parent corporation.

8

9

Dated: November 6, 2023                Respectfully submitted,

10

                                    By: */s/Amanda Sommerfeld*

11

                                   Amanda C. Sommerfeld (SBN 185052)
JONES DAY

12

                                   555 South Flower Street, Fiftieth Floor
Los Angeles, California  90071
Telephone:  +1.213.489.3939

13

                                   Facsimile:  +1.213.243.2539
Email:  asommerfeld@jonesday.com

14

15

                                   Aaron S. Markel*
JONES DAY

16

                                   150 West Jefferson Avenue, Suite 2100
Detroit, Michigan  48226

17

                                   Office: +1.313.230.7929
Email: amakel@jonesday.com

18

                                   Chelsea A. Till*

19

                                   JONES DAY
2727 N. Harwood St.

20

                                   Dallas, Texas  75201
Office: +1.214.969.4824

21

                                   Email: ctill@jonesday.com

22

                                   *Attorneys for Defendant
Alaska Airlines, Inc.*

23

                                   *\* Application for admission pro hac vice
forthcoming*

24

25

26

27

28

2

# CERTIFICATE OF SERVICE

I hereby certify that on the date below written, I electronically filed the foregoing with

the Clerk of the Court via CM/ECF and caused to be served a true and correct copy of same by

the method indicated below and addressed as follows:

Norman B. Blumenthal (CBN 068687)                Via United States Mail with a
Kyle R. Nordrehaug (CBN 205975)                  courtesy copy via email.
Aparajit Bhowmik (CBN 248066)
Nicholas J. De Blouw (CBN 280922)
Christine T. LeVu (CBN 288271)
**Blumenthal Nordrehaug Bhowmik De Blouw LLP**
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232

*Attorneys for Plaintiff*

Signed on November 6, 2023.

By: *Amanda Sommerfeld*

**DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST**
**CASE NO. 3:23-cv-5701**